In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-15-00067-CV

_____

IN RE BOBIE KENNETH TOWNSEND

**Original Proceeding**

**MEMORANDUM OPINION**

Bobie Kenneth Townsend, Relator, filed a petition for writ of mandamus and a motion to stay all proceedings in the trial court while his mandamus proceeding is before the Court. *See* Tex. R. App. P. 52.10(a). Relator seeks relief from three orders that were signed by the Judge of the County Court at Law No. 2 of Montgomery County, Texas, on January 30, 2015, and that he describes as: (1) a final summary judgment, (2) an order denying Relator's motion to show authority, and (3) an order denying Relator's motion for change of venue. Relator asks this Court to direct the trial court to transfer the underlying case to an adjoining county. Relator has not shown that he lacks an adequate remedy by appeal. *See generally*

1

*In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135-36 (Tex. 2004). We deny the petition for writ of mandamus and the motion to stay. *See* Tex. R. App. P. 52.8(a).

      PETITION DENIED.


                       PER CURIAM


Submitted on February 12, 2015
Opinion Delivered February 13, 2015

Before McKeithen, C.J., Kreger and Johnson, JJ.